EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte: | |
|---|---|
| | 2026 TSPR 79 |
| Natallie Jeanette Santana Suárez | 218 DPR ___ |

Número del Caso:  TS-18,042

Fecha:  31 de julio de 2026

Representante legal de la peticionaria:

    Por derecho propio

Materia: Readmisión al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Ex Parte:


Natallie    Jeanette    Santana    TS-18,042
Suárez


Sala de Verano integrada por el Juez Asociado señor Martínez Torres como su Presidente, la Jueza Asociada señora Pabón Charneco y el Juez Asociado señor Feliberti Cintrón.


## RESOLUCIÓN

En San Juan, Puerto Rico, a 31 de julio de 2026.

Evaluada la *Solicitud de cambio de estatus de abogado(a) inactivo(a) en el Registro Único de Abogados y Abogadas* presentada por la Sra. Natallie J. Santana Suárez el 16 de julio de 2026, así como la *Certificación* del Programa de Educación Jurídica Continua (PEJC) expedida el 17 de julio de 2026, se ordena la readmisión de la licenciada Santana Suárez al ejercicio de la abogacía.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA).

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo